UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-20985-CIV-O'SULLIVAN
[CONSENT]

JOSE GOVANTES PAREDES,
    Plaintiff,
vs.

UNITED CONSTRUCTION GROUP OF
MIAMI, INC. and GUILLERMO FERNANDEZ
    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND CLOSING CASE

THIS MATTER came before the Court following notice from the parties that the case has settled and the Court having conducted a hearing concerning the settlement.[1]

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues."  Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation.  Id. at 1354.

In this case, the plaintiff will be fully compensated for his overtime claim. The Court finds that the agreement reached by the parties, including the fees and costs to be received by the

---

[1] The parties have consented to magistrate judge jurisdiction for all further proceedings including the approval of the settlement and dismissal of the case. See Referral to Magistrate For Final Disposition (DE# 10, 6/5/09).

plaintiff's counsel, is fair and reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' settlement is hereby APPROVED. It is further

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Court will retain jurisdiction until **July 9, 2009** to enforce the agreement.

The Clerk of Court is directed to mark this case as **CLOSED**.

**DONE AND ORDERED** in chambers at Miami, Florida this **9th** day of June, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record